UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No:  21-cv-2172 |
| | ) | |
| $18,184.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO STAY DISCOVERY

NOW COMES the United States of America, by John D. Hoelzer, Assistant United States Attorney, and states as follows for its Motion to Stay Close of Discovery:

1.  The parties are currently operating under the Court's September 14, 2021 scheduling order.

2.  The Claimant lacks standing to participate in this forfeiture action for the reasons set forth in the government's Motion to Strike and Application for a Default Judgment, filed on December 21, 2021.

3.  The Claimant's lack of standing hinders discovery in this case.  For example, because Claimant has not filed a claim, the government cannot send him special interrogatories under Rule G(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, which govern forfeiture actions in rem.

4.  To allow sufficient time for the Court to rule on the government's motion, which may obviate the need for any discovery, the government moves to stay the

1

current scheduling order.

WHEREFORE, the United States respectfully requests that the final pretrial conference and trial be cancelled, and discovery be stayed in this matter until the Court has ruled on its pending Motion to Strike and Application for a Default Judgment.

    Respectfully submitted,

    GREGORY K. HARRIS
    UNITED STATES ATTORNEY

By:   /s/ John D. Hoelzer
    John D. Hoelzer, IL Bar No. 6295098
    Assistant United States Attorney
    United States Attorney's Office
    318 South Sixth Street
    Springfield, IL 62701
    Telephone: (217) 492-4450
    Email: john.hoelzer@usdoj.gov

## CERTIFICATE OF SERVICE

On December 21, 2021, the following persons were served with a copy of the foregoing electronically or by mailing them a copy:

Suzanna Kostovski

                                  /s/ John D. Hoelzer
                                  John D. Hoelzer